**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:24-cr-0025 |
| | ) |
| **JULIO CESAR CONTRERAS BUENO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 1, 2025, ECF No. 76, recommending that the Defendant's plea of guilty to both Count One of the Indictment, Conspiracy to Possess with Intent to Distribute Cocaine on Board a Vessel Subject to the Jurisdiction of the United States, a violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a) and (b), and Count Two of the Indictment, Possession with Intent to Distribute Cocaine on Board a Vessel Subject to the Jurisdiction of the United States, a violation of Title 46, United States Code, Sections (70503)(a)(1) and 70506(a) and a violation of Title 18, United States Code, Section 2, be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 76, is **ADOPTED;** it is further

**ORDERED** that Defendant Julio Cesar Contreras Bueno's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Julio Cesar Contreras Bueno's is adjudged **GUILTY** on that count; it is further

*United States v. Bueno*
Case No. 3:24-cr-0025
Order
Page **2** of **2**

      **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

      **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 20, 2025;** it is further

      **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 4, 2025;** it is further

      **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **December 18, 2025;** it is further

      **ORDERED** that the parties shall file their sentencing memoranda no later than **January 8, 2026**; and it is further

      **ORDERED** that a sentencing hearing shall be held on **January 22, 2026, at 10:00 A.M. in STT Courtroom No. 1**.

**Dated:** October 16, 2025              *Robert A. Molloy*
                                                   **ROBERT A. MOLLOY**
                                                   **Chief Judge**